Gregory R. HENDERSON, Appellant,

v.

MISSOURI DIVISION OF EMPLOY-
MENT SECURITY, Respondent.

No. 69424.

Missouri Court of Appeals,
Eastern Division,
Division One.

June 11, 1996.

G.R. Henderson, University City, for appellant.

Larry R. Ruhmann, St. Louis, for respondent.

Before REINHARD, P.J., and KAROHL and GRIMM, JJ.

PER CURIAM.

Employee appeals the order of the Labor and Industrial Relations Commission affirming the decision of the Appeals Tribunal of Missouri Department of Employment Security which disqualified him from receiving unemployment benefits, § 288.050.1, RSMo 1994.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).

STATE of Missouri, Plaintiff/Respondent,

v.

Cyndi MAJORS, Defendant/Appellant.

Cyndi MAJORS, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

Nos. 68166, 69509.

Missouri Court of Appeals,
Eastern District,
Division One.

June 11, 1996.

David Simpson, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David G. Brown, Asst. Atty. Gen., Jefferson City, for respondent.

Before KAROHL, Acting P.J., and GRIMM and DOWD, JJ.

PER CURIAM.

A jury found defendant guilty of passing a bad check, § 570.120, RSMo 1994. The trial court found her to be a prior offender and sentenced her to five years imprisonment. She appeals the judgment and the denial of her Rule 29.15 motion.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgments are affirmed pursuant to Rules 30.25(b) and 84.16(b).